**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JANIQUEA COX, *et al.* | ) |
| | ) |
| Plaintiffs, | ) CASE NO. 1:21-cv-01028-PAB |
| | ) |
| vs. | ) |
| | ) |
| AFIMAC GLOBAL, INC. | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO SUBSTITUTE CHARLOTTE JEMISON AS THE ADMINISTRATRIX OF THE ESTATE OF VESTA JANIQUEA COX AS PLAINTIFF IN THIS ACTION**

Comes now Charlotte Jemison, Administratrix of the Estate of Vesta Janiquea Cox, and moves this Court for an order pursuant to FED. R. CIV. P. 17(a) and FED. R. CIV. P. 25(a)(1) to substitute her as a plaintiff in this action. In support of this motion, Ms. Jemison states as follows:

1. Ms. Vesta Janiquea Cox is deceased.

2. Charlotte Jemison has been duly appointed as the Administratrix of Plaintiff's estate by the Probate Court of Monroe County, Alabama. A true and correct copy of the Letters of Administration are attached hereto as Exhibit 1.

3. Defendant does not opposed this motion and substitution.

WHEREFORE, premises considered, Charlotte Jemison, as Administratrix of the estate of Vesta Janiquea Cox, moves this Court for an order substituting her as a plaintiff in this action.

        Respectfully submitted,

        */s/ Rocco Calamusa, Jr.*
        Rocco Calamusa, Jr., Esq.
        WIGGINS, CHILDS, PANTAZIS, FISHER
          & GOLDFARB, LLC
        301 – 19th Street North
        Birmingham, AL 35203
        rcalamusa@wigginschilds.com

        Robert E. DeRose, Esq.
        BARKAN MEIZLISH DEROSE
        WENTZ MCINERNEY PEIFER, LLP
        4200 Regent Street, Suite 210
        Columbus, OH 43219
        bderose@barkanmeizlish.com

        *Attorneys for Plaintiff & for Charlotte Jemison as*
        *Administratrix of the Estate of Vesta Janiquea Cox*

## **CERTIFICATE OF SERVICE**

This is to certify that on May 11, 2022, a true and correct copy of the foregoing was served via the CM-ECF E-filing System:

    Steven E. Seasly, Esq.
    Michael B. Pascoe, Esq.
    Phillip G. Eckenrode, Esq.
    HAHN LOESER & PARKS LLP
    200 Public Square, Suite 2800
    Cleveland, Ohio 44114

        */s/ Rocco Calamusa, Jr.*
        Rocco Calamusa, Jr., Esq.