# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JANIQUEA COX, *et al.* | ) |
| | ) |
| Plaintiffs, | ) CASE NO. 1:21-cv-01028-PAB |
| | ) |
| vs. | ) |
| | ) |
| AFIMAC GLOBAL, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Substitution pursuant to Federal Rules of Civil Procedure 17(a) and 25(a). The motion seeks to substitute Charlotte Jemison, Administratrix of the Estate of Vesta Janiquea Cox, in the place of Janiequea Cox as a plaintiff in this action. Defendant does not oppose the substitution.

Accordingly, it is ordered that the Motion for Substitution is granted. The Clerk is directed to substitute Charlotte Jemison, Administratrix of the Estate of Janiquea Cox, as a plaintiff in this action.

Dated: 5/12/2022

s/*Pamela A. Barker*
PAMELA A. BARKER
U.S. DISTRICT JUDGE